**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**
Michael B & Sharon J Sparlin
9151 E Showcase Lane
Tucson, AZ  85749

Name:  **MICHAEL BENSON SPARLIN and
SHARON JEANETTE SPARLIN  H/W**
Address:  9151 E Showcase Lane
City, State, Zip:  Tucson, AZ  85749
Daytime Phone:  520-760-0200
*Representing Self, Without a Lawyer*

FILED RECEIVED LODGED COPY
AUG 2 0 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **MICHAEL BENSON SPARLIN** and **SHARON JEANETTE SPARLIN**  H/W and Plaintiffs  v  **BANK OF AMERICA HOME LOANS** Defendants | CASE NO:  **CIV10-507**  **NOTICE OF PENDENCY OF ACTION (LIS PENDENS)**  (Judge Zapata) |

Notice is given that the above entitled action was filed in the above entitled court on August 19, 2010 by Plaintiffs Michael Benson Sparlin and Sharon Jeanette Sparlin against Defendant Bank of America Home Loans.  The action affects the right, title and interest to real property located at 7922 S Clarkson Court,  County of Pima, State of Arizona,  whose legal description is as follows:

> "Lot 133 of VISTA MONTANA ESTATES Phase One, according to the map or plat thereof of record in the office of the County Recorder of Pima County, Arizona, in Book 58 of Maps and Plats at page 96 thereof and as amended by Declaration of Scriveners Error recorded in Docket 12773 at page 5485. "

| Plaintiffs Notice of Lis Pendens_VMT133 | Case No: CIV10-507 |
|---|---|

The Deed of Trust was electronically recorded in Pima County, State of Arizona by Mortgage Electronic Registration Systems (MERS) on January 08, 2007, instrument 20070050717, Book 12966, Page 3332.

Date: 8/20/10    *Michael Benson Sparlin*
MICHAEL BENSON SPARLIN

Date: 8/20/10    *Sharon Sparlin*
SHARON JEANETTE SPARLIN

### ACKNOWLEDGMENT

Subscribed and sworn to be before me this 20th day of August, 2010, a notary public, **MICHAEL BENSON SPARLIN** and **SHARON JEANETTE SPARLIN**, known to be the persons whose names are subscribed to this instrument, and acknowledge that they executed the same for the purposes contained therein.

In witness hereof, I hereunto set my hand and official seal.



OFFICIAL SEAL
BARBARA K. DORR
Notary Public - State of Arizona
PIMA COUNTY
My Comm. Expires Sept. 17, 2013

_Barbara K Dorr_
Notary Public

My Commission Expires: 9/17/13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the above has been furnished by U.S. Mail on this __20th____ day of August, 2010 to the following:

Hon Frank R Zapata
United States Distrcit Court
Evo A DeConcini US Courthouse
405 W Congress St, Ste 5160
Tucson, AZ  85701-5050

Bank of America Home Loans
9700 Bissonnet Street, Suite 1500
Houston, TX  77036

_/s/ Sharon Sparlin_
SHARON JEANETTE SPARLIN