E-Z MESSENGER
1209 E. Washington Street
Phoenix, AZ 85034
(602) 258-8081  FAX: (602) 258-8864

```
┌─────────────────────────────┐
│  ──FILED──      ──LODGED──   │
│  ──RECEIVED──   ──COPY──     │
│ 4  ┌──────────────────┐   4  │
│    │    SEP 3  2010    │      │
│    └──────────────────┘      │
│   CLERK U S DISTRICT COURT   │
│    DISTRICT OF ARIZONA       │
│ BY────────────────── DEPUTY  │
└─────────────────────────────┘
```

IN THE UNITED STATES DISTRICT COURT
PIMA
STATE OF ARIZONA
**MICHAEL & SHARON SPARLIN**                          CASE NO. CIV10-507 TUC FRZ
              VS
**BANK OF AMERICA HOME LOANS**

STATE OF ARIZONA          )          AFFIDAVIT OF SERVICE
PINAL COUNTY              )
THE AFFIANT, being sworn, states: That I am a private process server registered in
PINAL COUNTY and an Officer of the Court.  On 08/20/10 I received the SUMMONS IN A
CIVIL ACTION; PETITION FOR TEMPORARY INJUNCTION; ORIGINAL PETITION

from MICHAEL & SHARON SPARLIN and by in each instance I personally served a copy of
each document listed above upon:
BANK OF AMERICA, BY SERVICE UPON ITS STATUTORY AGENT C.T. CORPORATION SYSTEM on
08/23/10 at 8:30 am at 2394 E. CAMELBACK ROAD PHOENIX, AZ 85016 MARICOPA COUNTY in
the manner shown below:

by leaving true copy(ies) of the above documents with GAIL FLOCK, PROCESS
SPECIALIST, STATED AUTHORIZED TO ACCEPT.

Description: WHITE, Female, Approx. 60 yrs. of age, 5' 4" tall, Weighing 250lbs.,
BROWN Eyes, GREY Hair,

CHAD AUSTIN BARBER                              Affiant
Sworn to before me the    Sep 2, 2010

Andrea G. Wooten                               Notary

My Commission expires:  08/28/2013

|                          |        |
|--------------------------|--------|
| SERVICE OF PROCESS $     | 16.00  |
| SERVICE CHARGE $         | 6.50   |
| AFFIDAVIT PREP/NOTARY $  | 10.00  |
| TOTAL $                  | 32.50  |

1968720 19982
ORIGINAL

AX021968720

OFFICIAL SEAL
ANDREA G. WOOTEN
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Exp. April 28, 2013